People v Graham (2023 NY Slip Op 01819)

People v Graham

2023 NY Slip Op 01819

Decided on April 6, 2023

Appellate Division, Third Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered:April 6, 2023

111710
[*1]The People of the State of New York, Respondent,
v
Carlos A. Graham, Appellant.

Calendar Date:February 15, 2023

Before:Garry, P.J., Lynch, Clark, Reynolds Fitzgerald and McShan, JJ.

Paul J. Connolly, Delmar, for appellant.
Joseph Stanzione, District Attorney, Catskill (Denise J. Kerrigan of counsel), for respondent.

Lynch, J.